JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7016
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0797 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE SENTENCING DATE |
| v. ) | |
| JAMES P. WINZLER, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

This matter was last before this Court on June 11, 2008. At the hearing, the sentencing of Mr. Winzler was continued until September 17, 2008 to permit full restitution to be accomplished by the sale of a Hawaiian condominium owned by Defendant. In granting the request of Defendant for a continuance, this Court recognized that restitution before sentencing was a key component of the plea agreement for both parties, not only for Mr. Winzler.

The Hawaiian property has been sold by a Commissioner appointed by the State Court in Honolulu, and there was adequate money left over from the sale to satisfy the restitution figure

STIPULATION

1

the government has determined is owed to the victims. The parties recently learned that the Commissioner responsible for dispensing the funds, died a few days before the State Court Judge was to consider a motion by the United States to order the Commissioner to convey all funds within five (5) days. The parties are informed and believe that the Commissioner's death did not result from natural causes. The United States is attempting to determine what happened to the proceeds from the sale of the condominium, specifically whether the funds were embezzled, improperly disbursed, or are still available, but as of yet, unaccounted for. The government intends to undertake some type of investigation in Hawaii to attempt to determine what happened to the money which may include issuing subpoenas in anticipation of the sentencing hearing. The government will report its findings, if any, to the Court and Defense on or before the new sentencing date.

Under the circumstance, a ninety (90) days continuance is sought for the sentencing date of Mr. Winzler. The parties jointly request a sentencing date of December 10, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 9/9/08          /s/ R. HARRIS
_____
Robin L. Harris, Esq.
Peter B. Axelrod, Esq.
Assistant United States Attorney's

THE LAW OFFICES OF BRIAN H GETZ

DATED: 9/9/08          /s/ BRIAN H GETZ
_____
Brian H Getz, Esq.
Attorney for Defendant James P. Winzler

///
///
///

STIPULATION

2

## ORDER [Proposed]

The Parties having so stipulated and good cause appearing, IT IS ORDERED that the sentencing of James Winzler is continued until December 10, 2008 at 2:30 p.m.

DATED: September 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge
test

STIPULATION

3